IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRYANT N. PAULIN,**
**Tenant residents Fred W. Parris Towers**                        **PLAINTIFF**

v.                      Case No. 4:21-cv-01019-JM

**MHA GORMAN & CO. INC.**                                  **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 9th day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE